```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ANDREW SMALLS,

                    Plaintiff,

        -against-                                    VERDICT SHEET
                                                     14-CV-2326 (CBA)(RML)
POLICE OFFICER RICHARD COLLINS
and POLICE OFFICER DAVID TETA,

                    Defendants.
--------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2019 ★
BROOKLYN OFFICE

**AMON, United States District Judge:**

     Your verdict in this case will be determined by your answers to the following questions. Make sure that you read the questions and notes carefully because they explain the order in which the questions should be answered and which questions may be skipped. Your general verdict and your answers to the special questions must be unanimous.

## Question 1

Do you find by a preponderance of the evidence that any defendants deprived plaintiff of the right to a fair trial by fabricating evidence?

    a. Richard Collins

        YES ✓        NO _____

    b. David Teta

        YES ✓        NO _____

*If you answered YES for any defendants in Question 1, proceed to Question 2. If you answered NO as to all defendants in Question 1, your deliberations are finished. Please report your verdict.*

**Question 2**

State the amount of compensatory damages that plaintiff has proven by a preponderance of the evidence that he is entitled to as a result of being deprived of the right to a fair trial by one or more defendants.

AMOUNT $ __60,000__

*Please proceed to Question 3.*

**Question 3**

Do you find that any defendants acted with malicious intent to violate plaintiff's rights, or with reckless disregard of plaintiff's rights, such that plaintiff is entitled to punitive damages?

    a. Richard Collins

        YES _____   NO __✓__

    b. David Teta

        YES _____   NO __✓__

*If you answered YES for any defendants in Question 3, please proceed to Question 4.*

**Question 4**

If you answered YES to any defendants in Question 3, please write the amount of punitive damages against each defendant on the lines below.

    a. Richard Collins

        AMOUNT $ _____

    b. David Teta

        AMOUNT $ _____

*When you have completed the above, please date and sign the form and report your verdict.*

_____
SIGNATURE OF THE FOREPERSON
Dated: 5/20/19

2