JON L. NORINSBERG
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
www.norinsberglaw.com

Bronx Office                                                              Tel. (212) 791-5396
5938 Fieldston Road                                                       Fax (212) 406-6890
Bronx, New York 10471                                          jmeehan@norinsberglaw.com

Jon L. Norinsberg
———————
John J. Meehan

May 24, 2019

**VIA ECF**
Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Andrew Smalls v. P.O. Collins., et. al.,*
                *Docket No.: 14 Civ. 2326 (CBA)*

Your Honor:

     I represent plaintiff Andrew Smalls in the above-referenced civil rights action brought pursuant to 42 U.S.C. §1983. I write now to respectfully request that the Court extend the time for plaintiff to file his motion for Attorney's fees until thirty days (30) days after the Court decides the parties' respective Fed. R. Civ. P. 50 & 59 motions. Brian Francolla, Esq., Counsel for defendants, consents to this request.

     The reason for the request is that there is simply no reason for the parties, or the Court, to address issue of Attorney's fees until the Court has resolved any post-trial motion practice relating to the Judgment entered on May 22, 2019. (Docket No. 130).

     Based on the foregoing, plaintiff respectfully requests the Court extend the time that plaintiff has to file his motion for Attorney's fees until thirty (30) days after the Court has ruled on the parties' post-trial motions.
.
     I thank the Court for its consideration.

                                                              Respectfully Submitted,

                                                             John J. Meehan

Cc: Elissa Fudim, Esq. / Brian Francolla, Esq.
      *Counsel for defendants.*