# JON L. NORINSBERG
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
www.norinsberglaw.com

| | |
|---|---|
| Bronx Office | Tel. (212) 791-5396 |
| 5938 Fieldston Road | Fax (212) 406-6890 |
| Bronx, New York 10471 | jmeehan@norinsberglaw.com |

Jon L. Norinsberg
_____

John J. Meehan                                                              August 9, 2019

**<u>VIA ECF</u>**
Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  ***<u>Andrew Smalls v. P.O. Collins., et. al.,</u>***
              ***<u>Docket No.: 14 Civ. 2326 (CBA)</u>***

Your Honor:

      I represent plaintiff Andrew Smalls in the above-referenced civil rights action brought pursuant to 42 U.S.C. §1983. I write now to inform the Court that on August 8, 2019, the Hon. John G. Koeltl specifically addressed the <u>McDonough v. Smith</u>, 139 S. Ct. 2149 (2019) argument raised by defendants in their post-trial motion, and held that <u>McDonough</u> *does not add a favorable termination element*, and a fair trial claim can even proceed "despite the existence of some conviction." <u>See</u> <u>Wellner v. City of New York, et. al.</u>, No. 16-Civ-7032 (JGK), 2019 WL 3729806, at *6 (S.D.N.Y. Aug. 8, 2019) ("The defendants next argue that the recent Supreme Court decision <u>McDonough v. Smith</u>, 139 S. Ct. 2149 (2019), adds an element to a claim for the denial of the right to fair trial – namely, that the prosecution against the accused must end in the accused's favor… <u>McDonough</u>, however, offered no occasion to determine whether a plaintiff could pursue a fabricated evidence claim despite the existence of some conviction. *The Supreme Court was clear on this issue*.") (emphasis supplied). Judge Koeltl's decision in <u>Wellner</u> is attached for the Court's review.

      I thank the Court for its consideration.

                                                Respectfully Submitted,

                                                John J. Meehan

Cc: Elissa Fudim, Esq. / Brian Francolla, Esq.
     *Counsel for defendants.*