UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW SMALLS,

                                    JUDGMENT

            Plaintiffs,                      14-CV-02326 (CBA)(RML)

  v.

POLICE OFFICER RICHARD COLLINS and
POLICE OFFICER DAVID TETA,

           Defendants.
-------------------------------------------------------------X

        A Memorandum and Order of the Honorable Carol Bagley Amon, United States District Judge, having been filed on March 16, 2020, granting Defendants' motions; vacating the jury verdict; entering judgment as a matter of law in favor of Defendants; and denying Plaintiff's motion for a new trial on damages as moot; it is

        ORDERED and ADJUDGED that Defendants' motions are granted; that the jury verdict is vacated; that judgment is entered as a matter of law in favor of Defendants; and that Plaintiff's motion for a new trial on damages is denied as moot.

Dated: Brooklyn, New York                              Douglas C. Palmer
       March 16, 2020                                      Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                               Deputy Clerk