UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ANDREW SMALLS,

                                Plaintiff,

          -against-

POLICE OFFICER RICHARD COLLINS and
POLICE OFFICER DAVID TETA,

                         Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPLICATION
FOR COSTS SOUGHT
AGAINST PLAINTIFF**

14-cv-02326 (CBA)(RML)

        **PLEASE TAKE NOTICE** that, upon defendants' Bill of Costs, the Declaration of Senior Counsel Elissa Fudim dated April 16, 2020 and the exhibits annexed thereto and all other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, New York, New York 10007 on May 1, 2020 at 10:00 A.M. or, as soon thereafter, as counsel may be heard at a time and date to be determined as convenient by the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 28 U.S.C. §§ 1920 and 1923 granting fees and costs sought by defendants and granting such other relief that this Court deems proper.

Date:  New York, New York
       April 16, 2020

                                      **JAMES E. JOHNSON**
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendants*
                                      100 Church Street
                                      New York, New York 10007
                                      Tel.:  (212) 356-2335

                                      By:

                                      *Elissa Fudim* /s/
                                      Elissa Fudim
                                      *Senior Counsel*
                                      *Special Federal Litigation Division*

- 2 -

To:   <u>VIA ECF</u>
Jon L. Norinsberg , Esq.
John Joseph Meehan, Esq.
Bennitta L. Joseph, Esq.
Joseph & Norinsberg LLC
225 Broadway, Suite 2700
New York, NY 10007
Tel.:  (212)791-5396
Fax:  (212)406-6890
*Attorneys for Plaintiff*

14-cv-02326 (CBA)(RML)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW SMALLS,

Plaintiff,

-against-

POLICE OFFICER RICHARD COLLINS and
POLICE OFFICER DAVID TETA,

Defendants.

**NOTICE OF APPLICATION FOR COSTS, BILL OF COSTS, AND DECLARATION IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFF AND ANNEXED EXHIBITS**

*__JAMES E. JOHNSON__*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y.  10007*

*Of Counsel:  Elissa Fudim*
*Tel:  (212) 356-2335*
*NYCLIS No.  2014-021735*

*Due and timely service is hereby admitted.*

*New York, N.Y......................................................................................, 201...*

*................................................................................................. Esq.*

*Attorney for.........................................................................................*